UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:        Richard and Geraldine Temple,         :        Chapter 13
                              Debtors               :        Case No.: 18-12426-amc

**ORDER**

**AND NOW**, this 8th day of May, 2018, upon consideration of the Debtors' Motion To Extend the Automatic Stay Beyond 30 days, it is hereby **ORDERED** that the automatic stay pursuant to 11 U.S.C. Section 362 is extended beyond the 30 day period and it is further **ORDERED** that the automatic stay is extended for the duration of this case pursuant to 11 U.S.C. §362(c)(3)(B) unless and until the Stay is further modified by this Court.

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE