Case 18-12426-amc    Doc 17    Filed 05/10/18    Entered 05/11/18 01:01:59    Desc Imaged
                            Certificate of Notice    Page 1 of 3

```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-12426-amc
Richard E Temple                                                    Chapter 13
Geraldine A Temple
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett            Page 1 of 2            Date Rcvd: May 08, 2018
                              Form ID: pdf900            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db/jdb         +Richard E Temple,   Geraldine A Temple,    371 Cedar Avenue,    Holmes, PA 19043-1204
14089642       +Absolute Resolutions VI LLC,   c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14089643       +Apothaker & Associates,    520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
14089647       +Corinne Samler Brennan, Esquire,    1835 Market Street, Suite 1400,
                 Philadelphia, PA 19103-2945
14089649       +Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
14096250       +Kevin G. McDonald, Esquire,   KML Law Group, P.C.,    Atty for Pennymac Loan Services LLC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14089657       +POWERS KIRN & ASSOCIATES, LLC,    Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14089655       +PennyMac Loan Services LLC,   6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
14089661        U.S. Department of Education,   PO Box 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 09 2018 02:10:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 02:05:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14089644       +E-mail/Text: steve@bottiglierilaw.com May 09 2018 02:10:27      Bottiglieri Law LLC,
                 66 Euclid Street, Suite C,    Woodbury, NJ 08096-4626
14089645       +E-mail/Text: notices@burt-law.com May 09 2018 02:10:27     Burton Neil & Associates,
                 1060 Andrew Dr., Suite 170,    West Chester, PA 19380-5600
14089646        E-mail/Text: bncmail@w-legal.com May 09 2018 02:10:08     CERASTES LLC,
                 c/o Weinstein & Riley PS,    PO Box 3978,   Seattle, WA 98124-3978
14089648        E-mail/Text: mrdiscen@discover.com May 09 2018 02:09:50     Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
14089651        E-mail/Text: cio.bncmail@irs.gov May 09 2018 02:09:52     Internal Revenue Service,
                 Centeralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14089652        E-mail/PDF: pa_dc_claims@navient.com May 09 2018 02:05:50     Navient Solutions, Inc,
                 PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14089653       +E-mail/PDF: cbp@onemainfinancial.com May 09 2018 02:05:31     OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
14089656        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:05:50
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
14089658       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:23:09
                 PRA Receivables Management,    PO Box 41021,   Norfolk, VA 23541-1021
14089654        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                 Harrisburg, PA  17128-0946
14089659        E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2018 02:11:21
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14089662       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 09 2018 02:10:05     US Trustee,
                 833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14089663       +E-mail/Text: bncnotice@ph13trustee.com May 09 2018 02:10:26     William C. Miller, Esquire,
                 1234 Market Street,   Suite 1813,    Philadelphia, PA 19107-3704
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14089650*      +Geraldine A Temple,   371 Cedar Avenue,   Holmes, PA 19043-1204
14090718*      +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14089660*      +Richard E Temple,   371 Cedar Avenue,   Holmes, PA 19043-1204
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: May 08, 2018
                              Form ID: pdf900              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Geraldine A Temple
           steve@bottiglierilaw.com, ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Richard E Temple steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Richard and Geraldine Temple,  :  Chapter 13
　　　　　　　　　　　　　Debtors  :  Case No.: 18-12426-amc

**ORDER**

**AND NOW**, this 8th day of May, 2018, upon consideration of the Debtors' Motion To Extend the Automatic Stay Beyond 30 days, it is hereby **ORDERED** that the automatic stay pursuant to 11 U.S.C. Section 362 is extended beyond the 30 day period and it is further **ORDERED** that the automatic stay is extended for the duration of this case pursuant to 11 U.S.C. §362(c)(3)(B) unless and until the Stay is further modified by this Court.

BY THE COURT:

_____
**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**