# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12426-AMC

RICHARD E TEMPLE
GERALDINE A TEMPLE
371 CEDAR AVENUE

HOLMES, PA 19043

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD E TEMPLE
    GERALDINE A TEMPLE
    371 CEDAR AVENUE

    HOLMES, PA 19043

Counsel for debtor(s), by electronic notice only.

    STEPHEN V BOTTIGLIERI, ESQ
    66 EUCLID STREET
    SUITE C
    WOODBURY, NJ 08096-

                             /S/ William C. Miller

Date: 6/7/2018                          _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee