**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:          Richard and Geraldine Temple,          :          Chapter 13
                                        Debtors          :          Case No.: 18-12426-amc

**CERTIFICATION OF NO RESPONSE**

     I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Objection to Claim No. 3 filed by Resurgent Capital Services for CACH, LLC.

     Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated:** __07/25/2018__      **BY:** __/s/ Stephen V. Bottiglieri____
                       Stephen V. Bottiglieri, Esquire
                       Attorney for the Debtor
                       66 Euclid Street, Suite C
                       Woodbury, NJ 08096
                       P/F (888) 793-0373
                       steve@bottiglierilaw.com