**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:          Richard and Geraldine Temple,          :          Chapter 13
                                        Debtors          :          Case No.: 18-12426-amc

**ORDER**

    **AND NOW**, this 31st day of July , 2018, upon

consideration of the Debtor's Objection to Claim 3 filed by Resurgent Capital Services for

CACH, LLC and after notice and opportunity to be heard it is hereby **ORDERED** that the

Debtor's Objection is **SUSTAINED** and Proof of Claim No. 3 filed by Resurgent Capital

Services for CACH LLC is **DISALLOWED.**

                         **BY THE COURT:**

                         _____
                         **ASHELY M. CHAN,**
                         **UNITED STATES BANKRUPTCY JUDGE**