## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:　　　Richard and Geraldine Temple,　　　　:　　Chapter 13
　　　　　　　　　　　　　　　　Debtors　　　　　:　　Case No.: 18-12426-amc

### CERTIFICATE OF NO RESPONSE

I, Stephen V. Bottiglieri, Esquire, Counsel for Debtors hereby certify that no response or request for a hearing was filed regarding the Motion to Avoid Judicial Lien and Determine Secured Status of Debt as of December 6, 2018.

**BOTTIGLIERI LAW, LLC**

**By**: __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com