**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:    Richard and Geraldine Temple, | : | Chapter 13 |
| Debtors | : | Case No.: 18-12426-amc |

## ORDER

**AND NOW**, this  12th  day of  December , 2018, upon motion of the Debtors Richard and Geraldine Temple to avoid judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real and personal property held by Portfolio Recovery Associates, LLC (the "Lienholder") and identified as located at the Delaware County Court of Common Pleas under:

<u>Portfolio Recovery Associates, LLC v. Richard Temple</u>, Case No. 2013-011624; and

The real property is known as 371 Cedar Avenue, Holmes, Pennsylvania 19043, and

The Debtors having asserted that the allege lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B), and

The Debtors having certified that adequate notice of the Motion was sent to the Lienholder and that no answer or other response to the Motion has been filed, it is therefore

**ORDERED** that the Motion to Avoid Lien is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real and personal property held by the Lienholder, if any, on the aforementioned property is avoided to the extent it impairs the Debtor's exemptions upon discharge.

**BY THE COURT:**

_____
**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**