UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    Richard and Geraldine Temple,    :    Chapter 13
                    Debtors    :    Case No.: 18-12426-amc

## ORDER

**AND NOW**, this __12th__ day of __December__, 2018, upon motion of the Debtors Richard and Geraldine Temple to avoid judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real and personal property held by Absolute Resolutions VI, LLC (the "Lienholder") and identified as located at the Delaware County Court of Common Pleas under:

<u>Absolute Resolutions VI, LLC v. Richard Temple</u>, Case No. 2015-02949; and

The real property is known as 371 Cedar Avenue, Holmes, Pennsylvania 19043, and

The Debtors having asserted that the allege lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B), and

The Debtors having certified that adequate notice of the Motion was sent to the Lienholder and that no answer or other response to the Motion has been filed, it is therefore

**ORDERED** that the Motion to Avoid Lien is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real and personal property held by the Lienholder, if any, on the aforementioned property is avoided to the extent it impairs the Debtor's exemptions upon discharge.

**BY THE COURT:**

_____
**ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE**