**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:          Richard and Geraldine Temple,          : Chapter 13
                              Debtors          : Case No. 18-12426-amc

**<u>CERTIFICATE OF NO RESPONSE</u>**

   I, Stephen V. Bottiglieri, Esquire, counsel for the Debtors, hereby certify that after notice,

I have received no response, answer, objection or request for a hearing to my Application for

Compensation and Reimbursement of Expenses nor has any application for administrative

expense has been filed as of December 13, 2018.

Respectfully submitted:

  /s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Counsel for Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P 888-793-0373
F 888-793-0373
steve@bottiglierilaw.com