Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** RICHARD EDWARD TEMPLE

)   **Case No.** 18-12426
)   **Chapter** 13
)
)
)
**Debtor(s)**   )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**   ☒ Notice Address
(both may be selected, if applicable)   ☒ Payment Address

OLD ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 70912
(Street Address or P.O. Box)
CHARLOTTE, NC  28272
(City, State, Zip Code)

NEW ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 3251
(Street Address or P.O. Box)
EVANSVILLE, IN 47731
(City, State, Zip Code)

\*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
**Name/OBA#/Address/Telephone #/Email**