**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:    Richard and Geraldine Temple,    :    Chapter 13
                                      Debtors    :    Case No.: 18-12426-elf

## PRAECIPE TO WITHDRAW MODIFIED PLAN

TO THE CLERK:

      Kindly withdraw Debtors Modified Plan filed at document number 81 on September 8, 2020 in the above captioned matter.

                                      Respectfully submitted,

                                      **BOTTIGLIERI LAW, LLC**

                                      **By**: __/s/ Stephen V. Bottiglieri_____
                                              Stephen V. Bottiglieri, Esquire
                                              Attorney for the Debtors
                                              66 Euclid Street, Suite C
                                              Woodbury, NJ 08096
                                              P/F 888-793-0373
                                              steve@bottiglierilaw.com