**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Richard and Geraldine Temple, | : | Chapter 13 |
| | Debtors | : | Case No.: 18-12426-elf |

**PRAECIPE TO WITHDRAW**
**DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**

TO THE CLERK:

Kindly withdraw Debtors' Motion to Modify Plan Post-Confirmation filed at document number 85 on September 8, 2020 in the above captioned matter.

Respectfully submitted,

**BOTTIGLIERI LAW, LLC**

**By**:    /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for the Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com