**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Richard E and Geraldine A Temple | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-12426elf |

**NOTICE**

To the debtor, debtor's counsel, trustee, and creditor ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 17,353.24 Amount of Claim has been filed in your name by Stephen Vincent Bottiglieri Filer of Claim on 9/8/2020 Date Claim Filed.

Dated: September 9, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tasha D Dawsonia
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)