United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12426-elf
Richard E Temple                                                        Chapter 13
Geraldine A Temple
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Sep 09, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
db/jdb          +Richard E Temple,   Geraldine A Temple,   371 Cedar Avenue,   Holmes, PA 19043-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
     JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES,
      LLC bankruptcy@powerskirn.com
     KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
     OneMain Financial    cbp@omf.com
     STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Geraldine A Temple
      steve@bottiglierilaw.com,   ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
     STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Richard E Temple steve@bottiglierilaw.com,
      ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                      TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Richard E and Geraldine A Temple | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-12426elf |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 17,353.24 Amount of Claim has been filed in your name by Stephen Vincent Bottiglieri Filer of Claim on 9/8/2020 Date Claim Filed.

Dated: September 9, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tasha D Dawsonia
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)