### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:          Richard and Geraldine Temple,          :          Chapter 13
                                Debtors               :          Case No.: 18-12426-elf

### CERTIFICATE OF NO RESPONSE

    I, Stephen V. Bottiglieri, Esquire, Counsel for Debtors Richard and Geraldine Temple hereby certify that no response or request for a hearing was filed regarding the Motion to Modify Plan Post-Confirmation and Notice of Motion as of September 29, 2020.

**BOTTIGLIERI LAW, LLC**

**By**: __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com