## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **RICHARD E TEMPLE** | : | |
| **GERALDINE A TEMPLE** | : | |
| **Debtors** | : | Bky. No.  18-12426 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #90 ) is **APPROVED**.

Date:   October 6, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**