**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Richard E. Temple<br>Geraldine A. Temple<br>　　　　　　　　Debtor(s)<br><br>BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　Movant<br>v.<br>Richard E. Temple<br>Geraldine A. Temple<br><br>and Kenneth E. West, Esquire<br>　　　　　　　　Respondents | 18-12426 ELF<br><br>Chapter 13 Proceeding |

20-0029

**ORDER**

AND NOW, upon Certification of Default under the parties' prior Stipulation, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 371 Cedar Ave, Holmes, PA and obtain all other *in rem* relief available under the Non-Bankruptcy law, including taking possession of the property.

Upon the order being granted and entered, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further **ORDERED** that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED** that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

Date: October 12, 2021　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**