United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12426-elf

Richard E Temple                                                         Chapter 13

Geraldine A Temple
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard E Temple, Geraldine A Temple, 371 Cedar Avenue, Holmes, PA 19043-1204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A. C/O PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com |
| OneMain Financial | cbp@omf.com |
| STEPHEN VINCENT BOTTIGLIERI | |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 13, 2021                       Form ID: pdf900                            Total Noticed: 1

on behalf of Joint Debtor Geraldine A Temple steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI
on behalf of Debtor Richard E Temple steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Richard E. Temple<br>Geraldine A. Temple<br><div align="right">Debtor(s)</div> | 18-12426 ELF<br><br>Chapter 13 Proceeding |
| BANK OF AMERICA, N.A. C/O PENNYMAC<br>LOAN SERVICES, LLC<br><div align="right">Movant</div><br>v.<br>Richard E. Temple<br>Geraldine A. Temple<br><br>and Kenneth E. West, Esquire<br><div align="right">Respondents</div> | |

20-0029

### ORDER

AND NOW, upon Certification of Default under the parties' prior Stipulation, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 371 Cedar Ave, Holmes, PA and obtain all other *in rem* relief available under the Non-Bankruptcy law, including taking possession of the property.

Upon the order being granted and entered, BANK OF AMERICA, N.A. C/O PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further **ORDERED** that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED** that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Date:  October 12, 2021**          _____

                    **ERIC L. FRANK**

                    **U.S. BANKRUPTCY JUDGE**