United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12426-elf

Richard E Temple  Chapter 13

Geraldine A Temple

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Dec 07, 2021      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E Temple, Geraldine A Temple, 371 Cedar Avenue, Holmes, PA 19043-1204 |
| 14089643 | + | Apothaker & Associates, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14124950 | | Bank of America, N.A., c/o PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14451997 | + | Bank of America, N.A. c/o PennyMac Loan Services,, c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14124243 | | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14089647 | + | Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14096250 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for Pennymac Loan Services LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14089657 | + | POWERS KIRN & ASSOCIATES, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14089655 | + | PennyMac Loan Services LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 14089661 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2021 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 08 2021 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2021 00:00:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14089642 | + | Email/Text: signed.order@pfwattorneys.com | Dec 08 2021 00:02:00 | Absolute Resolutions VI LLC, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14089644 | + | Email/Text: steve@bottiglierilaw.com | Dec 08 2021 00:02:00 | Bottiglieri Law LLC, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14089645 | + | Email/Text: notices@burt-law.com | Dec 08 2021 00:02:00 | Burton Neil & Associates, 1060 Andrew Dr., Suite 170, West Chester, PA 19380-5600 |
| 14089646 | | Email/Text: bncmail@w-legal.com | Dec 08 2021 00:02:00 | CERASTES LLC, c/o Weinstein & Riley PS, PO Box 3978, Seattle, WA 98124-3978 |
| 14089648 | | Email/Text: mrdiscen@discover.com | Dec 08 2021 00:02:00 | Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 18-12426-elf    Doc 124    Filed 12/09/21    Entered 12/10/21 00:37:34    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| 14089649 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Dec 08 2021 00:02:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14089651 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2021 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14124714 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 00:01:27 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14089652 | Email/PDF: pa_dc_claims@navient.com | Dec 08 2021 00:01:26 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14089653 | + Email/PDF: cbp@onemainfinancial.com | Dec 08 2021 00:01:14 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14089656 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2021 00:01:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14089658 | + Email/PDF: rmscedi@recoverycorp.com | Dec 08 2021 00:01:26 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14089654 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 14089659 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 00:01:15 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14126569 | Email/PDF: pa_dc_claims@navient.com | Dec 08 2021 00:01:26 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14089661 | Email/Text: EDBKNotices@ecmc.org | Dec 08 2021 00:02:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14089662 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 08 2021 00:02:00 | US Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14089663 | + Email/Text: bncnotice@ph13trustee.com | Dec 08 2021 00:02:00 | William C. Miller, Esquire, 1234 Market Street, Suite 1813, Philadelphia, PA 19107-3704 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14089650 | *+ | Geraldine A Temple, 371 Cedar Avenue, Holmes, PA 19043-1204 |
| 14114498 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14090718 | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14089660 | *+ | Richard E Temple, 371 Cedar Avenue, Holmes, PA 19043-1204 |
| 14200717 | * | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 31

Date: Dec 09, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A. C/O PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor BANK OF AMERICA  N.A bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com |
| OneMain Financial | cbp@omf.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Joint Debtor Geraldine A Temple steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Debtor Richard E Temple steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD E TEMPLE<br>GERALDINE A TEMPLE | Chapter 13 |
| Debtor | Bankruptcy No. 18-12426-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 7, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
STEPHEN V BOTTIGLIERI, ESQ
66 EUCLID STREET
SUITE C
WOODBURY, NJ 08096-

Debtor:
RICHARD E TEMPLE
GERALDINE A TEMPLE
371 CEDAR AVENUE

HOLMES, PA 19043